UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William J. Martini |
| v. | : | Mag. No. 09-369 (WJM) |
| ALONSO BARRAZA-CASTRO and JOSE JIMINEZ | : | <u>ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Counts 16, 17, and 20 of Superseding Indictment, Crim. No. 09-369, filed on or about November 10, 2009, as to defendants Alonso Barraza-Castro and Jose Jiminez only, because those charges against defendants Alonso Barraza-Castro and Jose Jiminez have been substantially superseded by a separately filed Indictment, Crim. No. 10-298.

Counts 16, 17, and 20 of Superseding Indictment, Crim. No. 09-369, remain in full force and effect against the other defendants charged in Counts 16, 17, and 20 of Superseding Indictment, Crim. No. 09-369.

This dismissal is without prejudice.

_____
Paul J. Fishman
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
Hon. William J. Martini
United States District Judge

Dated: May 18, 2010